UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHARP NATIONAL, LLC, *et al*.<br><br>        Defendants. | Case No. 2:21-cv-05756-FLA (SKx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS ACTION DUE TO SETTLEMENT** |

In light of the Notice of Settlement filed in this action, the court ORDERS the parties to submit a joint status report regarding settlement by October 11, 2021. The court further ORDERS the parties to Show Cause ("OSC") on October 22, 2021 at 1:30 p.m. in Courtroom 6B why the court should not dismiss this action due to the parties' settlement. The filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 shall constitute a sufficient response to, and will discharge, this OSC. All other pretrial deadlines pending are hereby VACATED.

IT IS SO ORDERED.

Dated: August 27, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge